# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **William H. SPOONER,**<br>**an individual**<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>**The ASSOCIATED PRESS, Inc.**<br>**A New York not-for-profit corporation**<br>    **and**<br><br>**Jon KRAWCZYNSKI, an individual**<br><br>    **Defendants.** | **Civil No. 11cv00642 JRT/JJK**<br><br><br><br>**JOINT STIPULATION OF**<br>**VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through the undersigned counsel, hereby stipulate that they have reached a complete settlement agreement with respect to all of Plaintiff's claims in this action, and that this lawsuit be and hereby is dismissed with prejudice.

The terms of the settlement agreement are set forth in full and attached as <u>Exhibit A</u> to this Stipulation, and the Parties agree that the terms of the attached Agreement are incorporated, as if fully set forth herein, as part of this Joint Stipulation of Voluntary Dismissal.

FOR PLAINTIFF:                          Respectfully submitted:

Dated:  December 6, 2011                By:   */s/ Nicholas Paul Granath*

                                        Nicholas P. Granath, Esq. (MN Lic. No. 198729)
                                        ngranath@ssmplaw.com
                                        SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                                        2915 Wayzata Blvd.
                                        Minneapolis, MN  55405
                                        Tel. 612 341-9080
                                        Fax 612 341-9079

                                        Lucas K. Middlebrook, Esq. (pro hac vice)
                                        Lmiddelbrook@ssmplaw.com
                                        SEHAM, SEHAM, MELTZ & PETERSEN, LLP
                                        445 Hamilton Avenue, Suite 1204
                                        White Plains, NY 10601
                                        Tel.  (914) 997-1346
                                        Fax (914) 997-7125

FOR DEFENDANTS:

Dated:  December 6, 2011                Respectfully submitted:

                                        By:   */s/ David A. Schulz*

                                        John P. Borger, MN #9878
                                        Leita Walker, MN #387095
                                        FAEGRE & BENSON, LLP
                                        90 South 7th Street, Suite 2200
                                        Minneapolis, Minnesota 55402
                                        Telephone: (612) 766-7000
                                        FAX: (612) 766-1600
                                        jborger@faegre.com

                                        David A. Schulz (pro hac vice)
                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
                                        321 West 44th Street, Suite 510
                                        New York, New York 10036
                                        Telephone: (212) 850-6100
                                        FAX: (212) 850-6299
                                        dschulz@lskslaw.com

Steven D. Zansberg (pro hac vice)
LEVINE  SULLIVAN  KOCH  &  SCHULZ,  L.L.P.
1888 Sherman Street, Suite 370
Denver, Colorado 80203
Telephone: (303) 376-2400
FAX: (303) 376-2401
szansberg@lskslaw.com